IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JORDAN POLANSKY,

 Plaintiff,

v.

MICHAEL KELLY, an individual
and SPORTS CAR CLUB OF
AMERICA, INCORPORATED, a
Connecticut Corporation,

 Defendants.         Case No. 10-cv-680-DRH

**ORDER**

HERNDON, Chief Judge:

  This matter comes before the Court for case management purposes, in particular to remind Defendant Sports Car Club of America, Incorporated of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendant Sports Car Club of America, Incorporated to file its disclosure statement within ten

(10) days from the date of issuance of this Order.

      **IT IS SO ORDERED.**

Signed this 26th day of January, 2011.

                                                     David R. Herndon
                                                   2011.01.26
                                                   07:07:49 -06'00'

                      **Chief Judge**
                      **United States District Court**