IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JORDAN POLANSKY,

    Plaintiff,

VS.

MICHAEL KELLY, an individual, and
SPORTS CAR CLUBS OF AMERICA, INC.,
a Connecticut Corporation,

    Defendants.                                    NO. 10-CV-680-DRH

O R D E R

**HERNDON, Chief Judge**

Having entered summary judgment in favor of defendants Michael Kelly and Sports Car Club of American Inc. on plaintiff Jordan Polansky's claims (Doc. 132), and having been advised by counsel for the parties that the defendants' remaining counterclaims against plaintiff have been settled but that additional time is needed to consummate settlement, the Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice and without costs on May 4, 2012. Should the parties fail to consummate settlement by May 4, 2012, they may petition the Court to delay entry of judgment until a later date.

**IT IS SO ORDERED.**

**DATED:** April 26, 2012

Digitally signed by David R. Herndon
Date: 2012.04.26 10:35:43 -05'00'

CHIEF JUDGE
U.S. DISTRICT COURT