IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JORDAN POLANSKY,**

    **Plaintiff,**

  -vs-

**MICHAEL KELLY, an individual,
and SPORTS CAR CLUB OF AMERICA,
INC., a Connecticut Corporation,**

    **Defendants.**　　　　　　　　　　**NO. 10-CV-680-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on March 26, 2012 and April 26, 2012, this case is **DISMISSED** with prejudice in its entirety.

                                          **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                                   **BY:**　　　*/s/Sandy Pannier*
                                                   **Deputy Clerk**

Dated: May 7, 2012

　　　　　　　　　　　　　　　　David R. Herndon
　　　　　　　　　　　　　　　　2012.05.07
　　　　　　　　　　　　　　　　16:15:54 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT